IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| MELISSA A. HILL, | ) |
| Defendant. | ) Civil Action No. 1:16-CV-038-C |

## ORDER

On this day the Court considered the Motion for Default Judgment filed by Plaintiff, United States of America, on August 1, 2016. On August 1, 2016, the United States Magistrate Judge issued a Report and Recommendation advising that the motion be granted. Neither party has filed written objections.

Therefore, it is **ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court, Plaintiff's Motion for Default Judgment is **GRANTED**, and a final judgment will be entered in favor of Plaintiff, United States of America.

Dated this 17th day of August, 2016.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE